**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0451-REB-CBS

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND, and
OPERATIVE PLASTERS & CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL UNION #577,

    Plaintiffs,

v.

PLAZA CONSTRUCTION INC., a Colorado corporation, and
JUAN ALVIDREZ, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulated Motion to Dismiss With Prejudice** on June 23, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice**, filed on June 23, 2005, is **GRANTED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney fees and costs.

     Dated this 23rd day of June, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge